# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:09-cr-43 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| JOSEPH D. KIZER, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on 9/9/2021. A superseding violation report was filed on 4/20/2022. A supplemental violation report was filed on 5/19/2023. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that the parties appeared for a preliminary hearing on 6/7/2023. The hearing involved the following violations:

1. New Law Violation;
2. Failure to Notify the Probation Officer of Having Contact with Law Enforcement;
3. Failure to Pay Restitution;
4. Failure to Obtain and Maintain Employment; and
5. New Law Violation.

A final supervised release violation hearing was conducted on 6/23/2023. Present were the following: Assistant U.S. Attorney Scott Zarzycki, representing the United States; Attorney Christian Grostic, representing the defendant; the Defendant Joseph D. Kizer; and United States Probation Officer Jordan Wlotzko. The Defendant waived his right to a

revocation hearing and admitted to violating the conditions of his supervised release as charged in the violation reports.

The Court adopts the report and recommendation and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, 3, 4, and 5.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a period of 14 months, with credit for time served to date. No term of supervised release to follow. Defendant remanded.

**IT IS SO ORDERED**.

Dated: June 23, 2023

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT COURT**
**CHIEF JUDGE**